**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                            Case No. 5:03-cr-43-Oc-32PRL

TRAVIS LAMONTEZ MILLER,

    Defendant.

_____

## O R D E R

This case is before the Court on Defendant Travis Lamontez Miller's Unopposed Motion for Sentence Reduction under the First Step Act of 2018. (Doc. 42). Section 404 of the First Step Act, Pub. L. No. 115-391, made retroactive the reduction in statutory penalties that were modified by the Fair Sentencing Act of 2010, Pub. L. No. 111-220, 124 Sta. 2372 (2010). According to the First Step Act, a court may "impose a reduced sentence as if [the Fair Sentencing Act of 2010] were in effect at the time the covered offense was committed." First Step Act of 2018, Pub. L. No. 115-391, § 404(b) (2018).

In February 2005, Mr. Miller was sentenced to 211 months' imprisonment followed by 4 years of supervised release. (Doc. 29). Retroactively applying the Fair Sentencing Act, Mr. Miller's amended guideline range is 151 to 188 months

to be followed by a minimum of 3 years of supervised release. (Doc. 39). The United States and Mr. Miller agree that a new sentence of 174 months' imprisonment and 3 years of supervised release is appropriate. (Doc. 42).

Accordingly, it is hereby

**ORDERED:**

Defendant Travis Lamontez Miller's term of imprisonment is reduced to 174 months or time served, whichever is greater. USSG § 1B1.10(b)(2)(C). Further, Defendant's term of supervised release is reduced to three years. All other terms and conditions of the Defendant's Judgment, (Doc. 29), remain in full force and effect.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of February, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record
United States Marshals Service
United States Probation Office
Bureau of Prisons
Defendant